APPEAL No. 1558. ROBERT W. RAMSDELL *v.* FRANCIS M. KIELY. Motion of appellant to assign for argument granted and matter assigned to calendar for December, 1972. *Aram K. Berberian,* for appellant. *Richard J. Israel,* Attorney General, *Alexander G. Teitz,* Asst. Attorney General, *Henry Gemma, Jr.,* Special Asst. Attorney General, for appellee.

APPEAL No. 1841. PHYLLIS WESTERMAN *v.* JACK WESTERMAN. Motion of respondent to dismiss appeal denied without prejudice. *Charles A. Curran, John A. O'Neill,* for petitioner. *Edwards & Angell, Gerard W. Harrington,* for respondent.

APPEAL No. 1887. ARAM K. BERBERIAN *v.* ARCHIE SMITH, *Chairman Public Utilities Commission.* Rule 10 (e) of our rules of court provides that "If any difference arises as to whether the record truly discloses what occurred in the trial court, the difference shall be submitted to and settled by that court and the record made to conform to the truth." The mere assertion in appellant's objection that there is no dispute is insufficient to sustain the objection. It is the judgment of this court, absent any factual allegation that would indicate clearly whether any differences did or did not arise, that the interests of the parties would be better served by remanding the papers to the Superior Court for the purpose of having said court hear and pass on appellant's motion that the truth of the transcript, papers, pleadings and exhibits be established, and it is so ordered. *Aram K. Berberian,* appellant, pro se. *Goldman, Grady & Biafore, John H. Hines, Jr.,* for Public Utilities Commission. *DeWitte T. Kersh, Jr.,* for New England Telephone & Telegraph Company.

APPEAL No. 1897. VIOLA JAMES *v.* MELROSE REALTY CO. Motion of plaintiff to extend time for transmittal of record is granted. *Kirshenbaum Law Offices, Inc., Allen M. Kirshenbaum,* for plaintiff.